# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

    **v.**                        :            **No. 2:26-mj-01270**

**EUGENE ALBERT HORSCH**      :

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance in the above-captioned matter.

                               Respectfully Submitted,

                               ***/s/ Jerome M. Brown***
                               Jerome M. Brown, Esquire
                               Attorney for Eugene Horsch