AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA  McCartney and Ashenfelter )

## UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

EUGENE ALBERT HORSCH

Defendant

)
)
)
)
)
)
)

Case No. 26-mj-1270

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   EUGENE ALBERT HORSCH                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
See attached Affidavit

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

Date: June 26, 2026

/s/ Craig M. Straw 6-26-2026
*Issuing officer's signature*

City and state:   Philadelphia, Pennsylvania

Hon. Craig M. Straw, United States Magistrate Judge
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)*  06/26/2026 , and the person was arrested on *(date)*  06/30/2026
at *(city and state)*   Philadelphia, PA .

Date: 06/30/2026

TFO /Sgt.  _[signature]_
*Arresting officer's signature*

TFO/Sgt.  Vincent P. Dayton
*Printed name and title*